# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1009

_____

Alberici Corporation, as Plan
Administrator for Alberici Companies
Retirement Plan;

           Plaintiff - Appellee,

Gary Davis,

           Intervenor Plaintiff -
           Appellee,

      v.

Helen E. Davis,

           Defendant - Appellant.

\* Appeal from the United States
\* District Court for the Eastern
\* District of Missouri.

\* [UNPUBLISHED]

_____

Submitted: May 17, 2006
Filed: July 6, 2006

_____

Before BYE, HANSEN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Helen Davis appeals the district court's grant of summary judgment in favor of Alberici Corporation and Gary Davis, holding a domestic relations order entered in connection with the Davis's divorce was not a qualified domestic relations order (QDRO) as defined by 29 U.S.C. § 1056(d)(3)(D)(ii) of the Employee Retirement

Income Security Act. The district court[1] concluded the domestic relations order would require Alberici to pay Helen benefits in excess of the amount in Gary's retirement account. Therefore, it violated § 1056(d)(3)(D)(ii)'s prohibition against paying increased benefits and was not a QDRO. We agree. Because an extended discussion would add nothing to the well-reasoned order of the district court, we affirm under 8th Cir. R. 47B.

—————————————————

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.